NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EVELYN M. RODRIGUEZ THOMAS,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2023-2154

---

Appeal from the United States Court of Federal Claims in No. 1:22-cv-00426-SSS, Judge Stephen S. Schwartz.

---

**JUDGMENT**

---

WILLIAM CASSARA, I, Cassara Law Office, Evans, GA, argued for plaintiff-appellant.

BRITTNEY M. WELCH, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BRIAN M. BOYNTON, WILLIAM JAMES GRIMALDI, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 10, 2024
Date

Jarrett B. Perlow
Clerk of Court